JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES DENSON,<br><br>         Petitioner,<br><br>         v.<br><br>DAVID SHINN,<br><br>         Respondent. | No. CV 17-3869-DDP (DFM)<br><br>JUDGMENT |

Pursuant to the Memorandum Order Dismissing Petition,

IT IS ADJUDGED that this action is dismissed without prejudice.

Dated: June 7, 2018_____

_____

DEAN D. PREGERSON
United States District Judge